# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Jennifer Chevalier<br>93 Casa Grande Dr<br>Houston, TX 77060<br><br>      Plaintiff,<br><br>v.<br><br>Sky Recovery Services, LTD<br>c/o Mark S Swearingen, Registered Agent<br>12000 Westheimer #330<br>Houston, TX 77077<br><br>      Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect a debt from Plaintiff, which was allegedly owed to Big City Finance, Ltd. ("the Debt").

4. The Debt is a "debt" as defined by 15 U.S.C. §1692a(5).

5. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. On or around September 26, 2009, Plaintiff retained an attorney to file for bankruptcy.

7. On or around November 10, 2009, Defendant's employee Jason Garrett ("Garrett") telephoned Plaintiff.

8. During this communication, Plaintiff notified Garrett that Plaintiff had retained an attorney to file bankruptcy and Garrett responded by falsely representing that Plaintiff could not include the Debt in Plaintiff's bankruptcy filing.

9. During this communication, Garrett threatened to have a warrant issued for Plaintiff's arrest unless Plaintiff paid the balance of the Debt within forty-eight hours.

10. At the time of this communication, Defendant had neither the intent nor ability to have Plaintiff arrested.

11. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the Debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the Debt.

## JURY DEMAND

19. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

20. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: s/ Timothy J. Sostrin
    Timothy J. Sostrin, attorney-in-charge
    IL Bar # 6290807
    SD Texas Bar # 980881
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff